STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Raleigh Newman
Attorney at Law
1830 Hodges St.
Lake Charles LA 70601

Donald Wayne McKnight
Attorney at Law
1830 Hodges Street
Lake Charles LA 70601

**REHEARING ACTION: November 14, 2007**

**Docket Number: 07    00201-CA**

**OVIE REEVES, JR.**
**VERSUS**
**F. MILLER & SONS, INC.**

**Appealed from Calcasieu Parish Case No. 2004-1900**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Oswald A. Decuir
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ovie Reeves, Jr.** has this day been

**DENIED.**
Ezell, J., would grant rehearing.

cc: David Keith Johnson, Counsel for the Appellee
    Bettye A. Barrios, Counsel for the Appellee
    Ronald Adams Johnson, Counsel for the Appellee